TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-01-00083-CV

In re Dr. Albert Cantara, Relator

ORIGINAL PROCEEDING FROM WILLIAMSON COUNTY

PER CURIAM

 On February 28, 2001, this Court granted an emergency motion for temporary
relief in connection with Relator's filing of a petition for writ of mandamus. The petition itself
remained pending. This Court has subsequently received an order from the trial court which
appears to moot the underlying issues presented by the mandamus petition. Accordingly, the
Court now dismisses the petition for writ of mandamus as moot and dissolves its order of
February 28, 2001.

Before Justices Kidd, B. A. Smith and Puryear

Filed: March 29, 2001

Do Not Publish